1

2

3

4

5

6               IN THE UNITED STATES DISTRICT COURT

7             FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                   SAN FRANCISCO DIVISION

9

**FLOYD COLLINS,**                                    C 05-3303 CRB

10
                                    Petitioner,   **ORDER GRANTING THIRD**
11                                                **ENLARGEMENT OF TIME TO**
                      v.                          **FILE ANSWER**
12
**THOMAS L. CAREY,**
13
                                   Respondent.
14

15

16          GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an

17   enlargement of time, to and including March 21, 2006, to file an answer to the petition for writ of

18   habeas corpus.

19

20          DATED: _February 17, 2006

21

22                                                IT IS SO ORDERED

23

24                                                Judge Charles R. Breyer

25

26

27

28

ORDER GRANTING FIRST ENLARGEMENT OF TIME TO FILE ANSWER - C 05-3303 CRB

7