United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD COLLINS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>THOMAS L. CAREY,<br><br>　　　　Respondent.　　　　　　　／ | No. C 05-03303 CRB<br><br>**CERTIFICATE OF APPEALABILITY** |

The Court is in receipt of petitioner's Notice of Appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action. Pursuant to 28 U.S.C. section 2253( c), the Court hereby GRANTS a certificate of appealability on all claims.

**IT IS SO ORDERED.**

Dated: March 21, 2007

　　　　　　　　　　　　　　　　　　　CHARLES  R. BREYER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\3303\certificateofappealability.wpd